UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-06125-VAP-AGRx | Date | September 21, 2020 |
| Title | *Alina Manukyan v. KinderCare Education at Work LLC et al.* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   MINUTE ORDER SETTING TRIAL DATES (IN CHAMBERS)**

The Court has reviewed the parties' Joint Rule 26(f) Report. (Dkt. 14). The Court adopts the following schedule:

| | |
|---|---|
| Last date for hearing motions to amend pleadings or add parties: | 12/14/2020 |
| Last date to conduct settlement conference (ADR #3): | 12/7/2020 |
| Initial Expert Disclosures: | 1/18/2021 |
| Rebuttal Expert Disclosures: | 2/1/2021 |
| All Discovery cutoff: | 3/15/2021 |
| Last date for hearing non-discovery motions: | 4/26/2021 |
| Pre-trial conference (hearing on motions in limine): | 5/24/2021 at 2:30 p.m. |
| Trial date (jury trial, 3 days): | 6/1/2021 at 8:30 a.m. |

As it was not discussed in the 26(f) Report, the parties are encouraged to consider consenting to proceed before a magistrate judge for all purposes in accordance with Local Rule 73-3.

**IT IS SO ORDERED.**