

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

November 12, 2020

Los Angeles Superior Court,
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number:    2:20–cv–06125–VAP–AGR
     Previously Superior Court Case No.    20STCV20150
     Case Name:    Alina Manukyan v. KinderCare Education at Work LLC et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on    11/12/20   , the above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Yvette Louis*
    Deputy Clerk
    yvette_louis@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____
Date

By: _____
Deputy Clerk